United States District Court
WESTERN DISTRICT OF WASHINGTON

AQUA STAR (USA) CORP., a subsidiary of
ADMIRALTY ISLAND FISHERIES, INC.,

      v.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C14-1368RSL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration or hearing before the Court. The issues have been considered or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of defendant and against plaintiff.

July 8, 2016            William M. McCool
                                       Clerk

                                    /s/Ashleigh Drecktrah
                                    By, Deputy Clerk