FILED

MAR 6 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AQUA STAR (USA) CORP., a subsidiary of Admiralty Island Fisheries, Inc.,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant-Appellee. | No.   16-35614<br><br>D.C. No. 2:14-cv-01368-RSL<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  McKEOWN and BEA, Circuit Judges, and BENITEZ,[*] District Judge.

Plaintiff-Appellant Aqua Star (USA) Corp. and Defendant-Appellee Travelers Casualty and Surety Company of America shall each have ten minutes of argument time.

---

[*]   The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.